Prob 12
(D/VT Rev. 10/22)

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 SEP 19 AM 9:34

CLERK

BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## For The
## DISTRICT OF VERMONT

U.S.A. vs. Travis Barrow

Docket No. 5:17CR00059 -1

## Petition on Probation and Supervised Release

COMES NOW MARY E. SELLER, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Travis Barrow, who was placed on supervision by the Honorable Geoffrey W. Crawford sitting in the Court at Burlington, on the 22 day of March, 2018, who fixed the period of supervision at four years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. Section 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

You must participate in substance abuse treatment, which may include a substance abuse assessment with a licensed substance abuse provider, and abide by any programmatic treatment recommendations. This program may include testing to determine whether you have reverted to the use of drugs or alcohol. You shall contribute to the cost of services rendered based on ability to pay or the availability of third-party payment. You must refrain from the use of alcohol and other intoxicants during and after treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
**(if short insert here; if lengthy write on separate sheet and attach)**

1. **Mandatory Condition (3): You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

    On or about August 12, 2024, Barrow used marijuana, as evidenced by his admission to the probation officer and a drug test on August 28, 2024, which confirmed positive for the THC metabolite.

PRAYING THAT THE COURT WILL ORDER the issuance of a summons so that Travis Barrow may appear before the Court to show cause why their term of supervised release should not be revoked.

ORDER OF COURT

Considered and ordered this  19th  day of  September , 20 24  and ordered filed and made a part of the records in the above case.

_____
U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

*Mary Seller*

Mary Seller
U.S. Probation Officer

Executed on September 18, 2024

Place: Burlington