# NOTICE OF HEARING

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

United States of America

    v.                                           Case No. 5:17-cr-059

Travis Barrow

TAKE NOTICE that the above-entitled case has been scheduled at 10:30 a.m. on Thursday, October 10, 2024 in Burlington, Vermont, before Honorable Kevin J. Doyle, Magistrate Judge, for an Initial Appearance on Revocation of Supervised Release.

Location: Courtroom 410                               JEFFREY S. EATON, Clerk
                                                              By: */s/ Dylan R. Gaddes*
                                                                Deputy Clerk
                                                                9/23/2024

TO:

Nathanael T. Burris, AUSA

Defendant – Summons Issued