AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2024 SEP 27  PM 2:23
CLERK
BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 5:17-cr-59 |
| Travis Barrow | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: U.S. District Court<br>11 Elmwood Avenue<br>Burlington, Vermont 05401 | Courtroom No.: **410** |
|---|---|
| | Date and Time: **10/10/2024 10:30 am** |

This offense is briefly described as follows:

1. On or about 8/12/2024, defendant used marijuana.

---

**\*\*If you are unable to afford legal counsel, you may contact Dylan Gaddes, Courtroom Deputy, at (802) 951-8161 as soon as possible to determine if you qualify for court-appointed counsel.\*\***

---

Date: 9/23/2024

_____
*Issuing officer's signature*

Dylan R. Gaddes, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 09/27/2024

_____
*Server's signature*

Carl Staley, USMS
*Printed name and title*