UNITED STATES DISTRICT COURT
for the
District of Vermont

United States of America

    v.                                                                       Case No. 5:17-cr-59

Travis Barrow

### **ORDER OF APPOINTMENT**

    The Office of the Federal Public Defender is hereby appointed as attorney of record for the above-named defendant for revocation proceedings.

    BY ORDER OF THE COURT.

    Dated at Burlington, in the District of Vermont, this 7th day of October 2024.

                                                          JEFFREY S. EATON, Clerk
                                                          By:  */s/ Dylan R. Gaddes*
                                                          Deputy Clerk